THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH R. YANG (Cal. State Bar No. 196461)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-3713
    E-Mail: Elizabeth.Yang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. CR08-00826 |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER SEALING |
| v. | ) | INDICTMENT AND RELATED PLEADINGS |
| NAJIM J. FRANZUA, | ) | [UNDER SEAL] |
| Defendant. | ) | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related pleadings in the above-titled case (except the arrest warrant for the charged defendant), the government's sealing application, and this order shall be kept under seal until such time as the defendant is taken into custody

///

///

///

on the indictment or the government moves to unseal the indictment, whichever occurs first.

DATED: __7/15/08__

_____
UNITED STATES MAGISTRATE JUDGE